

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00447-CV

Reynaldo **GARZA**, Individually and d/b/a Crown Duty Free, Gerardo Garza, Crown Duty Free, LLC and Crown Duty Free, Inc.,
Appellants

v.

**VOLTRAN DUTY FREE, LTD.**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH000767-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

On October 8, 2019, this court issued a show cause order instructing appellants to provide written proof that the clerk's record and reporter's record had been requested and payment arrangements had been made for the fees. On October 18, 2019, appellants responded by letter stating that their statement of inability to afford payment of court costs was pending in the trial court and a ruling from the trial court was expected shortly. *See* TEX. R. APP. P. 20.1(b); TEX. R. CIV. P. 145. Appellants represented that payment arrangements for the appellate record would be made if their claim of indigence was overruled. The clerk's record was subsequently filed. The reporter's record remains outstanding.

It is therefore ORDERED that appellants provide written proof to this court **within ten (10) days** from the date of this order showing that either (i) the court reporter's fee has been paid or payment arrangements have been made for preparation and filing of the reporter's record, or (2) appellants are entitled to appeal without paying the court reporter's fee.

If appellants fail to respond within the time provided, and the reporter's record is not filed within the ten-day period, this appeal will be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2019.



Michael A. Cruz,
Clerk of Court